**Miguel E. DIAZ, Plaintiff–Appellant,**

v.

**Ralph M. DIAZ, Warden; et al., Defendants–Appellees.**

No. 14–16520.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2016.[*]

Filed April 19, 2016.

Miguel E. Diaz, Vacaville, CA, pro se.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FARRIS, TALLMAN, and BYBEE, Circuit Judges.

MEMORANDUM[***]

Miguel E. Diaz, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various federal claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Hamilton v. Brown*, 630 F.3d 889, 892 (9th Cir.2011) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissal under § 1915(e)(2)(B)(ii)), and we affirm.

The district court properly dismissed Diaz's action because Diaz failed to allege facts sufficient to state a plausible claim for relief. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (to avoid dismissal, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face" (citation and internal quotation marks omitted)); *see also Farmer v. Brennan*, 511 U.S. 825, 847, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (setting forth requirements for a deliberate indifference claim); *Simmons v. Navajo County, Ariz.*, 609 F.3d 1011, 1022 (9th Cir.2010) ("The [Americans with Disabilities Act] prohibits discrimination because

---

[***] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of disability, not inadequate treatment for disability."); *Rhodes v. Robinson*, 408 F.3d 559, 567–68 (9th Cir.2005) (elements of a retaliation claim in the prison context).

Because the district court dismissed Diaz's action for failure to state a claim, we reject Diaz's contention that the district court abused its discretion by dismissing his action for failure to prosecute or failure to comply with a court order.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.